# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

*David E. Patton*
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

January 15, 2020

**BY ECF AND EMAIL**

Honorable Richard J. Sullivan
United States Circuit Judge
Second Circuit Court of Appeals
500 Pearl Street
New York, NY 10007



Re: <u>United States v. Jimmy Jones</u>,
    18 Cr. 538 (RJS)

Dear Judge Sullivan:

    I write with the consent of the government and the Probation Department to request rescheduling of the next conference in this matter. In light of my other commitments on January 21, and having discussed scheduling with the parties and Chambers, I respectfully request that the Court reschedule the conference to January 27. I thank the Court for its attention to this matter.

                                            Respectfully submitted,

                                            /s/
                                            Clay H. Kaminsky
                                            Assistant Federal Defender
                                            (212) 417-8749

cc:    AUSA Daniel Wolf
       U.S. Probation Officers Shawnté Lorick and Courtney Cooke

```
IT IS HEREBY ORDERED THAT the conference currently
scheduled for Tuesday, January 21, 2020 at 10:00 a.m. is
adjourned to Monday, January 27, 2020 at 10:00 a.m. The
conference shall take place in Courtroom 11B of the Daniel
Patrick Moynihan Courthouse, 500 Pearl St., New York, New
York, 10007.
```

SO ORDERED.
Dated: 1/15/20

RICHARD J. SULLIVAN
U.S.D.J.