UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

JIMMY JONES,

                Supervisee.



No. 18-cr-538 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

As stated on the record during the hearing on January 27, 2020, IT IS HEREBY ORDERED THAT Supervisee shall surrender to the Probation Office on January 28, 2020 at 10:00 a.m. Sentencing for Supervisee's violations of supervised release shall take place on February 6, 2020 at 3:00 p.m. in Courtroom 11B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl St., New York, New York, 10007.

SO ORDERED.

Dated:     January 27, 2020
              New York, New York

                                          RICHARD J. SULLIVAN
                                          UNITED STATES CIRCUIT JUDGE
                                          Sitting by Designation